669 A.2d 878

**In re SUSPENSION OF Constable Anthony SPANO from Serving Process In the 32nd Judicial District.**

**Appeal of Anthony SPANO.**

**No. 48 Eastern District Appeal Docket 1995.**

Supreme Court of Pennsylvania.

Aug. 24, 1995.

### *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of August, 1995, the transfer of this appeal is not accepted and is herewith returned to the jurisdiction of Commonwealth Court for disposition.